Blumberg Law Products
Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

©1988 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

COURT   UNITED STATES DISTRICT COURT
COUNTY OF               SOUTHERN DISTRICT OF NEW YORK

N.R. N.R. ON BEHALF OF T.R.

*Index No.* 07 CIV 9648

*Plaintiff(s)*

*against*

THE DEPARTMENT OF EDUCATION OF THE CITY SCHOOL DISTRICT
OF THE CITY OF NEW YORK A/K/A THE BOARD OF EDUCATION OF
THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, AND
JOEL KLEIN, IN HIS OFFICIAL                       *Defendant(s)*

## AFFIDAVIT OF
## SERVICE OF SUMMONS
## (AND COMPLAINT)
IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF   NEW YORK   SS:   The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides at   CORONA, NEW YORK
That on   11/2/07                    at 1:06  P M., at 100 CHURCH STREET, NEW YORK, NEW YORK
deponent served the within summons, *and complaint on*
IN A CIVIL CASE
                    JOEL KLEIN, IN HIS OFFICIAL CAPACITY defendant therein named,
                    AS CHANCELLOR OF THE NEW YORK CITY SCHOOL DISTRICT

**INDIVIDUAL**
**1.** ☐   by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

**CORPORATION**
**2.** ☐   a                         corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be                  thereof.

**SUITABLE AGE PERSON**
**3.** ☒   by delivering thereat a true copy *of each* to SORAYA BONIT (CO-WORKER)                  a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
**4.** ☐   by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

MAILED ON: 11/5/07 AT 11:00 A.M.
C/O THE DEPARTMENT OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK

**MAILING TO RESIDENCE USE WITH 3 OR 4**
**5A.** ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at                                   and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
**5B.** ☒   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at 100  CHURCH STREET, NEW YORK, NEW YORK 10007
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐   The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☒   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on
11/5/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE

JUAN D. AGUIRRE

License No............ 843839

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.