AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern  DISTRICT OF  New York

N.R., N.R. on behalf of T. R.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

THE DEPARTMENT OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK, a/k/a, THE BOARD OF EDUCATION
OF THE CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK, and JOEL KLEIN, in his official

**'07 CIV 9648**

**JUDGE JONES**

TO: (Name and address of defendant)

THE DEPARTMENT OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK, a/k/a, THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK, and JOEL KLEIN, in his official capacity as
Chancellor of the New York City School District, 52 Chambers Street, NY, NY, 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caroline J. Heller
Greenberg Traurig, LLP
The MetLife Building
200 Park Ave.
New York, New York 10016

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         DATE  OCT 3 0 2007
CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                                    Signature of Server

                                                     _____
                                                     Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.