

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL SUAREZ
phone: 212-788-8710
fax: 212-788-0877
email: msuarez@law.nyc.gov

November 20, 2007



**VIA FACSIMILE**
Honorable Barbara S. Jones
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007-1312

    Re: N.R., on behalf of T.R., v. Department of Education, et. al.,
        07-CV-9648 (BSJ)

Dear Judge Jones:

    I am the Assistant Corporation Counsel assigned to the above-referenced action. I write to respectfully request that defendants' time to respond to the Complaint be extended from November 22, 2007 to December 14, 2007. This is defendants' first request for an extension of time in this matter.

    In the instant case, plaintiff seeks to appeal the decision of the New York State Review Officer, pursuant to the Individuals with Disabilities Act, 20 U.S.C. §1415. Additional time is now required to obtain and review the extensive record of the underlying administrative proceeding in order to prepare a proper response to Plaintiff's Complaint. I spoke with Plaintiff's Counsel this afternoon. She has consented to this request.

in this matter.

Respectfully Submitted,

*[signature]*

Michael Suarez (MS 5038)
Assistant Corporation Counsel

cc: Caroline J. Heller
Greenberg Traurig, LLP
The MetLife Building
200 Park Avenue
New York, New York 10016

Application GRANTED.

SO ORDERED *[signature]*
Dated:
BARBARA S. JONES
U.S.D.J.

11/25/07

Nov 20 2007 7:19    P.03

Fax:2127880940

NYC LAW DEPARTMENT