



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED: 12/18/07

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MICHAEL SUAREZ
phone: 212-788-8710
fax: 212-788-0877
email: msuarez@law.nyc.gov

December 14, 2007

**VIA FACSIMILE**
The Honorable Barbara S. Jones
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007-1312

      Re: N.R., on behalf of T.R., v. Department of Education, et. al.,
          07-CV-9648 (BSJ)

Dear Judge Jones:     MEMO ENDORSED

      I am the Assistant Corporation Counsel assigned to the above-referenced action. I write to respectfully request that defendants' time to respond to the Complaint be extended one business day from December 14, 2007 to December 17, 2007. This is defendants' second request for an extension of time in this matter.

      In the instant case, plaintiff seeks to appeal the decision of the New York State Review Officer, pursuant to the Individuals with Disabilities Act, 20 U.S.C. §1415. The additional time is required to prepare a proper response to Plaintiff's Complaint. I spoke with Plaintiff's Counsel this afternoon. She has consented to this request.

MICROFILMED
DEC 19 2007 - 9:00 AM



Returned to chambers for scanning on 1-15-08
Scanned by chambers on 1/23/08

        Thank you for your consideration of defendants' request for an extension of time in this matter.

Respectfully Submitted,

*Michael Suarez*

Michael Suarez (MS 5038)  
Assistant Corporation Counsel

cc:    Caroline J. Heller  
       Greenberg Traurig, LLP  
       The MetLife Building  
       200 Park Avenue  
       New York, New York 10016

SO ORDERED  *Barbara S. Jones*  
Dated:         BARBARA S. JONES  
                    U.S.D.J.

12/17/07