**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————X

N.R., N.R. on behalf of T. R.,

                              Plaintiffs,    07 Civ. 9648 (BSJ) (DCF)

                v.

THE DEPARTMENT OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK, a/k/a,
THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK, and
JOEL KLEIN, in his official capacity as Chancellor
of the New York City School District,

                              Defendants.
——————————————————————X

### REPORT OF PARTIES' PLANNING MEETING

1. The following parties participated in a Rule 26(f) conference on January 17, 24, and 28, 2008, via telephone:

    Caroline J. Heller, Esq. of Greenberg Traurig, LLP for Plaintiffs; and Michael Suarez, Esq. of the Office of the Corporation Counsel for Defendants.

2—3. Neither party seeks discovery prior to the determination of dispositive motions.

4. Other Items:

    a. Meeting with the court prior to scheduling order: To be determined.

    b. Requested dates for pretrial conferences: To be determined.

    c. Final dates for plaintiff to amend pleadings or join parties: To be determined.

    d. Final dates for defendant to amend pleadings or join parties: To be determined.

  e.  All dispositive motions should be filed and served by March 17, 2008; Oppositions to dispositive motions should be filed and served by March 31, 2008; Replies to dispositive motions should be filed and served by April 7, 2008.

  f.  The parties have determined that settlement in this case is unlikely.

  g.  Alternative dispute resolution procedures that may enhance settlement prospects: None identified at this time.

  h.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiffs and Defendants thirty (30) days before the date of trial.

  i.  Parties shall have fourteen (14) days after service of final lists of witnesses and exhibits to list objections pursuant to Rule 26(a)(3).

  j.  The parties suggest that this case be scheduled for trial 60 days after final determination of dispositive motions, and estimate that it will last approximately 5 days.

Dated: February 13, 2008
New York, New York

**GREENBERG TRAURIG, LLP**

By: _____
Caroline J. Heller (CH-8814)
The MetLife Building
200 Park Ave.
New York, New York
(212) 801-9200
*Attorneys for Plaintiffs N.R., N. R. on behalf of T.R.*

-and-

*Advocates for Children*
Matthew Lenaghan (ML-8603)
Kim Madden (KM-3570)
151 W. 30th Street, 5th Floor
New York, New York 10001

**OFFICE OF THE CORPORATION COUNSEL**

By: _____
Michael Suarez (MS-5028)
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007
(212) 788-8710

*Attorneys for Defendants The Department of Education of the City School District of the City of New York, a/k/a, the Board of Education of the City School District of the City of New York, and Joel Klein, in his Official Capacity as Chancellor of the New York City School District*

**SO ORDERED:**

_____
U.S.D.J.
2/14/08