| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> N.R., N.R. on behalf of T. R., <br><br> Plaintiff, <br> v. <br><br> THE DEPARTMENT OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, a/k/a, <br> THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, and JOEL KLEIN, in his official capacity as Chancellor of the New York City School District, <br><br> Defendants. | No. 1:07 Civ. 9648 <br><br> (BSJ/DCF) |

The Declaration of Caroline J. Heller dated March 17, 2008 and exhibits A through KK annexed thereto are filed under seal pursuant to an Order of the Court dated March 17, 2008.