UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

N.R., N.R. ON BEHALF OF T.R.,

                                  Plaintiffs,

            -against-

THE DEPARTMENT OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,
a/k/a THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK
and JOEL KLEIN, in his official capacity as Chancellor
of the New York City School District,

                                  Defendants.

------------------------------------------------------------------ x

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

07-CV-9648
(BSJ) (DCF)

        **PLEASE TAKE NOTICE** that upon the annexed Defendants' Local Civil Rule 56.1 Statement of Material Facts Not in Dispute, dated March 17, 2007, the Declaration of Michael Suarez, dated March 17, 2007, and the exhibits annexed thereto and the accompanying Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, dated March 17, 2007, the defendants, New York City Department of Education and Joel Klein, in his official capacity as Chancellor of the New York City School Districts ("defendants"), will move this Court at the United States Courthouse for the Southern District of New York, located at the United States Courthouse for the Southern District Court of New York, located at 500 Pearl Street, New York, New York, on March 17, 2007, for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that the equities do favor plaintiffs' claim for tuition reimbursement for their unilateral placement of the Student at the Rebecca School for the 2006-2007 school year.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Order, dated February 14, 2008, each party will submit papers in opposition to the motions for summary judgment by March 31, 2007, and will submit reply papers by April 7, 2007.

Dated:      New York, New York
              March 17, 2007

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                        City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-173
                                      New York, New York 10007
                                      (212) 788-0908

                By:        _____
                                        Michael A. Suarez (MS 5038)
                                        Assistant Corporation Counsel

cc:     Caroline J. Heller
        Greenberg Traurig, LLP
        The MetLife Building
        200 Park Avenue
        New York, New York 10016