```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
N.R., N.R. on behalf of T.R.,        :
                                     :
                    Plaintiff,       :
                                     :   07 Civ. 9648(BSJ)
            v.                       :
                                     :   Order
THE DEPARTMENT OF EDUCATION OF THE   :
CITY OF NEW YORK, et al.             :
                                     :
                    Defendants.      :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

For the reasons stated during the telephone conference held in this matter today, in connection with the dispositive motions that are being made by both Plaintiff and Defendants, the parties shall file under seal any document that contains any personally identifiable data, information, or records regarding the infant Plaintiff. See 20 U.S.C. §§ 1417(C); 1232(g).

**SO ORDERED:**

*/s/ Barbara S. Jones*
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         March 17, 2008