

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

N.R., N.R. on behalf of T.R.,

                                      Plaintiffs,

          -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK, a/k/a, THE BOARD OF EDUCATION
OF THE CITY OF NEW YORK, and JOEL KLEIN, in
his official capacity as Chancellor of the New York
City School District,

                                 Defendants.

------------------------------------------------------------------- x

~~PROPOSED~~ **REVISED SCHEDULING ORDER**

07 CV 9648 (BSJ)

BARBARA S. JONES, District Judge:

The following schedule is adopted:

    1) Oppositions to Summary Judgment motions shall be filed by April 11, 2008.

    2) Replies to Oppositions shall be filed by April 21, 2008.

**SO ORDERED**

Dated:    New York, New York
               4/2, 2008

/s/ Barbara S. Jones
BARBARA S. JONES
United States District Judge