**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

N.R., N.R. on behalf of T. R.,

                Plaintiff,

                v.

THE DEPARTMENT OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, a/k/a, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, and JOEL KLEIN, in his official capacity as Chancellor of the New York City School District,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/18/08

1:07 Civ. 9648
(BSJ/DCF)

**ORDER FOR WITHDRAWAL AND RE-FILING UNDER SEAL**

BARBARA S. JONES, District Judge

Upon consideration of Plaintiffs' Request to Withdraw Exhibit "A" to Plaintiffs' Complaint dated October 30, 2007 (the "Amended Findings of Fact and Decision of the Impartial Hearing Officer" dated March 12, 2007) from the public record and re-file Exhibit "A" under Seal pursuant to an Order of the Court dated March 17, 2008;

IT IS HEREBY ORDERED that the Clerk of the Court shall withdraw Exhibit "A" from the public record; and

IT IS FURTHER ORDERED that Plaintiffs shall re-file Exhibit "A" under Seal.

DATED this 17th day of April, 2008.   UNITED STATES DISTRICT COURT

                                                         By: _____
                                                             United States District Judge